# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DEMETRIUS JAMAL COLEMAN**                                               **PLAINTIFF**

**v.**                      **Case No. 2:20-cv-00074-LPR**

**PATRICIA SNYDER,** *et al.*                                               **DEFENDANTS**

## ORDER

The Court has received and reviewed a Recommended Disposition filed by United States Magistrate Judge Beth Deere. (Doc. 24). There have been no objections. After careful review of the Recommended Disposition, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings in all substantive respects.[1] Defendants' Motion for Summary Judgment (Doc. 19) is GRANTED. Judgment will be entered in favor of Defendants.

IT IS SO ORDERED this 12th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] There is one small technical change I will make. In my view, when a defendant prevails on summary judgment, the proper resolution of the case is not dismissal with prejudice, but rather entry of judgment in favor of that defendant.