# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DEMETRIUS JAMAL COLEMAN**                                                    **PLAINTIFF**

v.                          Case No. 2:20-cv-00074-LPR

**PATRICIA SNYDER,** *et al.*                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that judgment is entered in favor of Defendants on all claims.

IT IS SO ADJUDGED this 12th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE